1  **BRYAN CAVE LLP**
   C. Scott Greene, California Bar Number 277445
2  Elizabeth V. Coleman, California Bar Number 209430
   Two Embarcadero Center, Suite 1410
3  San Francisco, CA 94111-3907
   Telephone:     (415) 675-3400
4  Facsimile:     (415) 675-3434
   E-mail:        scott.greene@bryancave.com
5                 colemane2@bryancave.com

6  **BRYAN CAVE LLP**
   Sean D. Muntz, California Bar No. 223549
7  3161 Michelson Drive, Suite 1500
   Irvine, CA 92612-4414
8  Telephone:     (949) 223-7000
   Facsimile:     (949) 223-7100
9  Email:         sean.muntz@bryancave.com

10 Attorneys for Defendants
   U.S. BANK NATIONAL ASSOCIATION As Successor Trustee To
11 Bank Of America N.A. As Successor By Merger To Lasalle Bank, N.A.
   As Trustee For Washington Mutual Mortgage Pass Through Certificates
12 WMALT Series 2007-OA2 Trust; and MERS

13

                    **UNITED STATES DISTRICT COURT**
14
              **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
15

| | |
|---|---|
| 16  ELSA GARCIA, an individual, | Case No. CV 11–05590 PSG |
| 17                Plaintiff, | |
|              v. | **[PROPOSED]** ORDER GRANTING |
| 18 | REQUEST FOR CONTINUANCE OF |
|    U.S. BANK NATIONAL ASSOCIATION AS | CASE MANAGEMENT CONFERENCE |
| 19 SUCCESSOR TRUSTEE TO BANK OF | |
|    AMERICA N.A. AS SUCCESSOR BY | |
| 20 MERGER TO LASALLE BANK N.A. AS | Courtroom: 5 |
|    TRUSTEE FOR WASHINGTON MUTUAL | Judge: Hon. Paul S. Grewal |
| 21 MORTGAGE PASS THROUGH | |
|    CERTIFICATES WMALT SERIES 2007-0A2 | |
| 22 TRUST, ALLIANCE TITLE COMPANY, | |
|    KAY-CO INVESTMENT, INC., CALIFORNIA | |
| 23 CORPORATION, MERS, QUALITY LOAN | |
|    SERVICE CORPORATION, and DOES 1 | |
| 24 through 100, inclusive, | |
| 25                Defendants. | |

26
27
28

SF01DOCS\55938.1

[PROPOSED] ORDER GRANTING CONTINUANCE OF CMC – CASE NO. CV 11–05590 PSG

The Court has considered Defendant U.S. BANK NATIONAL ASSOCIATION as successor Trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass Through Certificates WMALT Series 2007-0A2 Trust and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively, Defendants') Request for Continance of Case Management Conference. Good cause appearing thereof,

**IT IS HEREBY ORDERED THAT:**

The case management conference is continued to February 14, 2012 at 10:00 a.m., in Courtroom 5.

**IT IS SO ORDERED.**

Dated:   12/12/2011                        _____
                                           United States ~~District Court~~ Judge
                                                     Magistrate