**BRYAN CAVE LLP**
C. Scott Greene, California Bar Number 277445
Elizabeth V. Coleman, California Bar Number 209430
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-mail:      scott.greene@bryancave.com
             colemane2@bryancave.com

**BRYAN CAVE LLP**
Sean D. Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
Email:       sean.muntz@bryancave.com

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION As Successor Trustee To
Bank Of America N.A. As Successor By Merger To Lasalle Bank, N.A.
As Trustee For Washington Mutual Mortgage Pass Through Certificates
WMALT Series 2007-OA2 Trust; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELSA GARCIA, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES WMALT SERIES 2007-0A2 TRUST, ALLIANCE TITLE COMPANY, KAY-CO INVESTMENT, INC., CALIFORNIA CORPORATION, MERS, QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. CV 11–05590 PSG<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:  5<br>Hon. Magistrate Paul S. Grewal |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

1   The Court has considered Defendant U.S. BANK NATIONAL ASSOCIATION as successor Trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as Trustee for Washington Mutual Mortgage Pass Through Certificates WMALT Series 2007-0A2 Trust and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively, Defendants') Request for Further Continance of Case Management Conference. Good cause appearing thereof,

**IT IS HEREBY ORDERED THAT:**

The case management conference is continued to April 17, 2012 at 2:00 p.m. in Courtroom 5.

**IT IS SO ORDERED.**

Dated:   February 6, 2012

*[signature]*
Honorable Paul S. Grewal
United States Magistrate Judge