UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELSA GARCIA, | Case No.: CV 11-05590 PSG |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES WMALT SERIES 2007-0A2 KAY-CO INVESTMENT, INC., CALIFORNIA CORPORATION, MERS, QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 100 inclusive, | |
| Defendants. | |

On August 25, 2011, Plaintiff Elsa Garcia ("Garcia") filed a complaint in the Superior Court of the State California, Santa Clara County, alleging numerous causes of action, including (1) fraudulent misrepresentation; (2) fraudulent inducement; (3) violation of the Fair Debt Collection Practices Act; (4) predatory lending practices; (5) breach of trust contract; (6) RICO violations; (7) quiet title; (8) declaratory relief; (9) injunctive relief; (10) cease and desist all further collection activities; and (11) illegal/wrongful foreclosure, against U.S. Bank National Association

1

Case No.: CV 11-05590 PSG
ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED

1  a successor Trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as
2  Trustee for Washington Mutual Mortgage Pass Through Certificates WMALT Series 2007-0A2
3  Trust and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants").
4  On November, 17, 2011, Defendants removed this case to the United States District Court for the
5  Northern District of California.[1] On December 12, 2011, Defendants moved to dismiss Garcia's
6  complaint pursuant to Fed. R. of Civ. P. 12(b).[2] Garcia has not opposed the motion to dismiss.
7  Moreover, Garcia has not taken any action in the case since it was removed to United States
8  District Court. Based on Garcia's failure to continue to prosecute her case,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge[3] with the recommendation that Garcia's complaint be dismissed.[4]

Dated:  "6B314234

*[signature: Paul S. Grewal]*

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 7.

[3] This court is ordering reassignment to a District Judge because, absent consent of all parties, a Magistrate Judge does not have the authority to make case-dispositive rulings. *See, e.g.*, *Tripati v. Rison*, 847 F.2d 548, 548-49 (9th Cir. 1988).

[4] *See* Fed. R. Civ. P. 41(b).

2
Case No.: CV 11-05590 PSG
ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED